**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re Jon Anderson, Robert Boszko, Paula Willuweit, and Anderson
and Associates P.C.

Appellate case number:   01-20-00123-CV

Trial court case number: 2018-40901

Trial court:             270th District Court of Harris County

      Jon Anderson, Robert Boszko, Paula Willuweit, and Anderson and Associates P.C have
filed a petition for writ of mandamus requesting that our court compel the trial court to close the
underlying case and to conduct no further proceedings. The Court requests that real parties in
interest file a response to the petition for writ of mandamus by no later than **March 4, 2020**.

      It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                                Acting individually

Date: ___February 13, 2020_____